

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:25-mj-05629-DUTY |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| LA'TIA SAMON CARBO, ) | |
| Defendant. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having self-surrendered in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\
\\
\\

1  A.  (X)  The defendant has not met the defendant's burden of establishing by clear and
2  convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. §
3  3142(b) or (c). This finding is based on the defendant's submission on the issue of detention;
4  and

5  B.  (X)  The defendant has not met the defendant's burden of establishing by clear and
6  convincing evidence that the defendant is not likely to pose a danger to the safety of any other
7  person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
8  on the defendant's submission on the issue of detention, and therefore, failure to proffer any
9  evidence to meet the defendant's burden on this issue.

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  DATED: September 11, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE